# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI NEIMEYER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and WESTAMERICA BANCORPORATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>　　　　Defendants. | Case No. 2:15-cv-000110-WBS-CKD<br><br>**ORDER UPON STIPULATION TO DISMISS WESTAMERICA BANCORPORATION EMPLOYEE WELFARE BENEFIT PLAN**<br><br>Judge:　Hon. William B. Shubb |

## ORDER

IT IS HEREBY ORDERED that Defendant WESTAMERICA BANCORPORATION EMPLOYEE WELFARE BENEFIT PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. The Prudential Insurance Company of America shall remain the only named defendant in this action.

IT IS SO ORDERED.

Dated: February 18, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE