UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI NEIMEYER,<br><br>      Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No: 2:15-CV-00110-WBS-CKD<br><br>**ORDER TO CONTINUING SCHEDULING CONFERENCE; AND DEADLINE TO FILE DISPOSITIVE DOCUMENTS**<br><br>Date Action Filed:  January 14, 2015 |

### ORDER

Pursuant to the stipulation of the parties and their respective counsel, IT IS HEREBY ORDERED that the date for the parties to file dispositive documents currently set for May 27, 2015 is continued to June 26, 2015 and the pretrial scheduling conference currently set for June 8, 2015 is continued to **July 6, 2015 at 2:00 p.m.**

    **IT IS SO ORDERED.**

Dated:  May 26, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE