FRANK N. DARRAS #128904, Frank@DarrasLaw.com
LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com
SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER #273236, PBather@DarrasLaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121

Attorneys for Plaintiff
JODI NEIMEYER

LINDA M. LAWSON (#77130), llawson@mmhllp.com
PATRICIA A. ELLIS (#130044), pellis@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI NEIMEYER,<br><br>      Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No: 2:15-CV-00110-WBS-CKD<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE; AND ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff JODI NEIMEYER, and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein

shall be dismissed *without* prejudice, each side to bear their own attorney fees and costs.

| | |
|---|---|
| Dated: June 26, 2015 | DARRASLAW |
| | /s/ Philllip S. Bather |
| | PHILLIP S. BATHER |
| | Attorneys for Plaintiff |
| | JODI NEIMEYER |
| | |
| Dated: June 26, 2015 | MESERVE, MUMPER & HUGHES LLP |
| | /s/ Patricia A. Ellis |
| | LINDA M. LAWSON |
| | PATRICIA A. ELLIS |
| | Attorneys for Defendant |
| | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |

### O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated:  June 26, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE