# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI NEIMEYER,<br><br>       Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and WESTAMERICA BANCORPORATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>       Defendants. | Case No. 2:15-cv-000110-WBS-CKD<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. William B. Shubb |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:15-cv-000110-WBS-CKD, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: July 2, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

144248.1

1

Case No. 2:15-cv-000110-WBS-CKD
[PROPOSED] ORDER RE STIPULATION FOR
DISMISSAL OF ENTIRE ACTION